810 A.2d 563

IN THE MATTER OF CAROL WARD, AN ATTORNEY AT LAW.

December 8, 2002.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–3 and *Rule* 1:20–11, recommending that **CAROL WARD** of **CARTERET,** who was admitted to the bar of this State in 1992, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **CAROL WARD** is temporarily suspended from the practice of law, effective immediately, and until the further Order of this Court;  and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **CAROL WARD** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court;  and it is further

ORDERED that CAROL WARD be restrained and enjoined from practicing law during the period of her suspension and that she comply with *Rule* 1:20-20 dealing with suspended attorneys.